IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| FORT GORDON HOUSING, LLC, d/b/a BALFOUR BEATTY COMMUNITIES, | * * * | |
| Plaintiff, | * * | |
| v. | * * | 117-CV-0138 |
| DAKOTA GOFF, | * * | |
| Defendant. | * | |

**O R D E R**

On November 20, 2017, Plaintiff filed a notice of voluntary dismissal. (Doc. 8.) Plaintiff's notice was filed before Defendant served an answer or a motion for summary judgment. Upon consideration and in accordance with Federal Rule of Civil Procedure 41(a)(1), **IT IS ORDERED** that Plaintiff's complaint against Defendant is **DISMISSED**. The Clerk is directed to **CLOSE** this case. Each party shall bear their own costs.

**ORDER ENTERED** at Augusta, Georgia, this 22nd day of November 2017.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA